UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CAROLINE SIDERIUS,<br><br>                 Plaintiff,<br><br>   v.<br><br>BANK OF AMERICA, NA, and BAC HOME LOANS SERVICING, LP,<br><br>                 Defendants. | NO:  11-CV-0032-TOR<br><br>ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE |

Before the Court is the parties' stipulated Motion to Dismiss with Prejudice (ECF No. 100). Pursuant to Federal Rule of Civil Procedure 41(a), the parties stipulate that they have resolved all issues between them relating to this action and mutually agree to the dismissal of this action with prejudice. The parties also stipulate that this dismissal entitles neither party to attorney's fees or costs from the other.

///

///

ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE ~ 1

1  **Accordingly, IT IS HEREBY ORDERED**:

2  The parties' stipulated motion for dismissal with prejudice (ECF No. 100) is

3  **GRANTED**.  All claims and causes of action in this matter are **DISMISSED** with

4  prejudice and without costs or fees to any party.

5  The District Court Executive is hereby directed to enter this Order, furnish

6  copies to counsel, and close the file.

7  **DATED** this 11th day of September, 2012.

8  *s/ Thomas O. Rice*

9  THOMAS O. RICE
United States District Judge

10

11

12

13

14

15

16

17

18

19

20

ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE ~ 2